## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:18-CR-00048 |
| | ) | |
| | ) | |
| v. | ) | (Judge Wilson) |
| | ) | |
| CHARLES EUGENE NOLDEN, | ) | |
| Defendant | ) | Electronically Filed |

### ORDER

**AND NOW** this 4th day of January 2023, upon consideration of the Government's Second Motion for Extension of Time to Respond to Motion to Vacate Under 28 U.S.C. § 2255, IT IS HEREBY ORDERED that the Motion is GRANTED.

The Government shall file their response to Defendant's Motion on or before Friday, February 3, 2023.

      s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge